No. 458, Misc. JACKSON v. MARYLAND. Court of Appeals of Maryland. Certiorari denied. 

No. 459, Misc. OPPENHEIMER v. GENERAL CABLE CORP. ET AL. Supreme Court of California. Certiorari denied.

No. 461, Misc. KRAMER v. ALVIS, WARDEN. Supreme Court of Ohio. Certiorari denied. *Lyman Brownfield* for petitioner. 

No. 463, Misc. STREETER v. ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 465, Misc. CHAPMAN v. ALVIS, WARDEN. Supreme Court of Ohio. Certiorari denied.

No. 466, Misc. HARDIN v. NEW YORK. Appellate Division of the Supreme Court of New York, Second Judicial Department. Certiorari denied.

No. 467, Misc. SKELLY v. RAGEN, WARDEN. Circuit Court of Mason County, Illinois. Certiorari denied.

No. 471, Misc. MACOMBER v. OREGON. Supreme Court of Oregon. Certiorari denied.

No. 473, Misc. STRAUB v. NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 479, Misc. KREUTER v. LOONEY, WARDEN. C. A. 10th Cir. Certiorari denied. 
